USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL NAULA, ET AL.,

                Plaintiffs,        08 Civ. 11364 (JGK)

    - against -                ORDER

RITE AID OF NEW YORK, INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs' motion to amend the complaint is **granted**. The defendants' motion to dismiss for lack of subject matter jurisdiction is **denied as moot without prejudice to renewal**.

    The plaintiffs shall file an amended complaint by **July 31, 2009**. The defendants may move or answer by **August 14, 2009**. The plaintiffs may respond by **August 28, 2009**. The defendants may reply by **September 7, 2009**.

    The defendants' motion to stay the commencement of discovery pending a determination on whether federal subject matter jurisdiction exists in this case is **granted in part and denied in part**. Discovery related to the pleadings and the issue of whether CAFA jurisdiction exists may proceed. Discovery on the merits is stayed until the defendants file an answer or a decision on a motion to dismiss is made.

The Clerk is directed to close Docket Nos. 10 and 29.

SO ORDERED.

Dated: New York, New York
July 27, 2008

John G. Koeltl
United States District Judge